1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11   ADAM STARKEY,                          1:14-cv-00769-SKO (PC)

12                  Plaintiff,              ORDER TO SUBMIT APPLICATION
                                            TO PROCEED IN FORMA PAUPERIS
13          v.                              OR PAY FILING FEE WITHIN 45 DAYS

14   CAPTAIN R. CORLEY, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

18   § 1983.  Plaintiff has not paid the $400.00 filing fee or submitted an application to proceed in

19   forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY ORDERED that:

20          Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

21   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

22   the $400.00 filing fee for this action.  **No requests for extension will be granted without a**

23   **showing of good cause**.

24
     IT IS SO ORDERED.
25
26      Dated:   __**May 30, 2014**__              _____/s/ Sheila K. Oberto_____
                                                   UNITED STATES MAGISTRATE JUDGE
27

28
                                                  1